UNITED STATES DISSTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

DONNA HUBBARD, ET AL

VERSUS   NO. CV03-0333 (MINALDI/WILSON)

SHERIFF RICKY EDWARDS, ET AL

## MOTION TO AMEND PRETRIAL STATEMENT OF PLAINTIFFS

MAY IT PLEASE THE COURT:

Plaintiffs move this Court for leave to amend the Pretrial Statement to add the following:

1.

To amend Section 4: Brief Summary of the Case: Donna Hubbard: to add the claims of sexual harassment by Ralph Broussard as follows:

> Prior to Eric Phillips' position as the jailer, another Deputy, Ralph Broussard, persistently made sexual comments and innuendos despite Ms. Hubbard's attempt to discourage and repress them. He also took every opportunity to grab her hand or touch her. He often took Ms. Hubbard out of her cell and brought her to an office where he would add various charges on the computer to intimidate her. This made her fearful for her safety after seeing how easily she could be re-booked for additional bogus charges.

2.

To amend Section 8: Exhibits: to add the following Exhibit:

vi.  Notes exchanged by Eric Phillips and Donna Hubbard.

3.

For convenience of the Court and the parties concerned, Plaintiffs have incorporated the above amendments into the Pretrial Statement of Plaintiffs attached hereto.

WHEREFORE, Plaintiffs pray that they be given leave to amend their Pretrial Statement.

RESPECTFULLY SUBMITTED:

MAUGHAN, MAUGHAN & LORMAND, L.L.C.

_____
ROY MAUGHAN   (#9059)
634 Connell's Park Lane
Baton Rouge, LA 70806
Tel:   (225) 926-8533
Fax:   (225) 926-8556

**CERTIFICATE OF SERVICE**

I certify that a copy of the above and foregoing pleading has been served upon all counsel of record by placing same in the U.S. Mail, postage prepaid and properly addressed this _4_ day of _Nov._____, 2004.

_____
Roy Maughan

# MAUGHAN, MAUGHAN & LORMAND, L.L.C.

Roy Maughan
Roy H. Maughan, Jr.
Bobby R. Lormand, Jr.†
James L. Maughan

634 Connell's Park Lane
Baton Rouge, Louisiana 70806
Telephone   (225) 926-8533
Facsimile   (225) 926-8556
Toll-Free   (800) 324-1179

†Registered Nurse/Attorney-at-Law

November 3, 2004

Hon. Robert H. Shemwell
Clerk of United States District Court
Western District of Louisiana
300 Fannin Street, Suite 1167
Shreveport, LA 71101 - 3083

**RECEIVED**

NOV 0 4 2004

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

RE:   Donna Hubbard, et al vs.
      Richard E. Edwards, Jr., et al
      Number CV03-0333-LC

Dear Mr. Shemwell:

Enclosed is the original of a Motion to Amend the Pretrial Statement of Plaintiffs. Please file in the record. I am forwarding a copy each to Judge Minaldi and Magistrate Judge Wilson in Lake Charles.

Thank you for your assistance.

Very truly yours,

Roy Maughan

RMSr:bc
Enclosure
cc:   Judge Patricia Minaldi
      Magistrate Judge Alonzo Wilson
      Andre Buisson, Attorney for Defendant via Facsimile 337-433-7513
      Maureen Jennings, Attorney for Defendant via Facsimile 504-269-8428
      Charles A. "Sam" Jones, Attorney for Plaintiffs via Facsimile 337-462-6356