U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

NOV 1 2 2004

ROBERT H. SHEMWELL, CLERK
BY_____
DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DONNA HUBBARD, ET AL | : | DOCKET NO. 03 CV 333 |
| VS. | : | JUDGE MINALDI |
| RICHARD E. EDWARDS, JR., ET AL | : | MAGISTRATE JUDGE WILSON |

### 60 DAY JUDGMENT OF DISMISSAL

The court having been advised by counsel for all parties that the above captioned matter has settled,

IT IS ORDERED that this action is hereby dismissed without prejudice to the right to reopen if settlement is not consummated upon good cause shown within sixty (60) days.

IT IS FURTHER ORDERED that the parties be directed to file an appropriate order of dismissal as soon as the settlement documents are executed.  If no motion to reopen is filed, the case is officially closed and the Clerk of Court shall be relieved of responsibility of sending out further notices in this matter.

Lake Charles, Louisiana, this ___ day of November, 2004.

_____
PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE