RECEIVED
NOV 0 4 2004
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED
NOV 1 2 2004
ROBERT H. SHEMWELL, CLERK
BY_____
DEPUTY

# UNITED STATES DISSTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAKE CHARLES DIVISION

**DONNA HUBBARD, ET AL**

**VERSUS**                                           NO. CV03-0333 (MINALDI/WILSON)

**SHERIFF RICKY EDWARDS, ET AL**

### O R D E R

IT IS HEREBY ORDERED that the Plaintiffs' Motion to Amend Pretrial Statement be granted.

Signed this __12__ day of ___Nov___, in _Lake Charles_, Louisiana.

_____
U S DISTRICT COURT JUDGE